An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMONDRAY D. MAYO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 59313

FILED

MAY 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

ORDER DISMISSING APPEAL

This is an appeal under NRAP 4(c) from a judgment of conviction entered pursuant to a guilty plea of second-degree murder with the use of a deadly weapon. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

In this appeal, appellant Demondray Mayo argues the merits of claims related to his judgment of conviction. However, the notice of appeal, which was filed by the district court clerk as a result of Mayo's successful litigation of an appeal-deprivation claim, fails to designate Mayo's judgment of conviction as the judgment from which the appeal was taken. Therefore, it is insufficient to vest jurisdiction in this court to litigate issues related to the judgment of conviction. *See* NRAP 3(c)(1)(B) (providing notice of appeal must "designate the judgment, order or part thereof being appealed"); *Abdullah v. State*, 129 Nev. ___, ___, 294 P.3d 419, 421-22 (2013) (recognizing that this court will not consider an appeal

13-14354

from a judgment if the intent to appeal that judgment cannot be reasonably inferred from the notice of appeal). Accordingly, we

ORDER this appeal DISMISSED with instructions to the district court clerk to prepare and file a notice of appeal from the judgment of conviction consistent with the district court's order and NRAP4(c).

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Jerome T. Tao, District Judge
Law Office of Lisa Rasmussen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk